**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                         Criminal No. 05-cr-195-01-PB

<u>Margaret Ann-Roan Osborn</u>

**<u>BAIL MODIFICATION ORDER</u>**

On motion of defendant her bail conditions are modified as follows:

    1.    The provision for third party custody is removed; and

    2.    She is to reside at the Ventresco House and may not move without further order of the court.

**SO ORDERED.**

                                      /s/ James R. Muirhead
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: December 19, 2005

cc:    Arnold Huftalen, AUSA
       Jonathan Saxe, Esq.
       U.S. Probation
       U.S. Marshal